# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JAMAAL FLEMING** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: 1:11-CR-024<br>USM Number: 69304-061<br>**Richard Smith-Monahan, Esq.**<br>Defendant's Attorney |

**THE DEFENDANT:**
[✓]  admitted guilt to violation of condition(s) <u>One through Four</u> of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| See next page. | | |

    The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: **3411**

Defendant's Year of Birth: **1982**

City and State of Defendant's Residence
**Clark County Jail
120 N. Fountain Avenue
Springfield, OH 45502**

June 6, 2016
Date of Imposition of Sentence

/s/ Signature of Judicial Officer

**SANDRA S. BECKWITH**, United States Senior District Judge
Name & Title of Judicial Officer

6/6/16
Date

AO 245 D (Rev. 12/07) Judgment in a Criminal Case for Revocation Sheet 1A

CASE NUMBER: 1:11-CR-024
DEFENDANT: JAMAAL FLEMING

Judgment - Page 2 of 4

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| One | Defendant was charged with assault on September 19, 2015, and sentenced to 60 days in jail on October 28, 2015. | |
| Two | Defendant was charged with interference with custody of a minor on September 21, 2015, and was sentenced to 60 days in jail, consecutive to the charge referenced in Violation One. | |
| Three | Defendant was charged with assault on September 22, 2015, arising from an incident that occurred on September 12, and was sentenced to 60 days in jail, consecutive to both of the sentences imposed for Violations One and Two. | |
| Four | Defendant was indicted on November 23, 2015 for illegal use of a minor in nudity-oriented material, which involved photographs of the minor involved in the incidents described in violations One through Three. | |

AO 245D (Rev. 12/07)  Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:11-CR-024 | Judgment - Page 3 of 4 |
| DEFENDANT: | JAMAAL FLEMING | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months, to be served consecutively to any time remaining on his state sentence imposed in the Clark County Municipal Court, Springfield, Ohio, case number 15CRB3502 .

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2:00 p.m. on _____.
    [ ] as notified by the United States Marshal but no sooner than
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

| CASE NUMBER: | 1:11-CR-024 | Judgment - Page 4 of 4 |
|---|---|---|
| DEFENDANT: | JAMAAL FLEMING | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 24 months .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [✔] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [✔] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;·and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

14) Defendant shall participate in a workforce development program at the direction of his probation officer.
15) Defendant shall participate in substance abuse testing and/or treatment, at the direction of his probation officer.
16) Defendant shall obtain and maintain legitimate, verifiable employment.
17) Defendant is prohibited from contacts of any kind with KR, the individual identified in the supervised release violation report, without the Court's prior approval.